## VILLAGE WALK CONDOMINIUM, INC. *v.* WILLIAM ERIC HEAD ET AL.
(AC 34093)

Gruendel, Beach and Schaller, Js.

Argued May 17—officially released June 12, 2012

Per Curiam. The judgment is affirmed and the case is remanded for the purpose of setting new law days.